IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.S. 11-00322-KJM |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER FOR TRANSPORTATION AND** |
| v. ) | **SUBSISTENCE** |
| ) | |
| DANIEL OTAKE , ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____) | |

TO:   UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:

   This is to authorize and direct you to furnish the above named defendant, DANIEL OTAKE, with transportation and subsistence expenses for travel from Hawi, Hawaii from Kailua Kona International Airport to Sacramento, California on August 11, 2011 to timely make his initial appearance on August 12, 2011 at 2:00 p.m.  The United States Marshal's Office must furnish Mr. Otake with money for subsistence expenses to his destination, not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of Title 5, United States Code.  Mr. Otake will also need return transportation back to his residence on August 12, 2011, of the first available flight after his court appearance on August 12, 2011.  The United States Marshal must furnish Mr. Otake with money for subsistence expenses to his destination, not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of Title 5, United States Code.  This order is authorized pursuant to 18 U.S.C. §4285.

IT IS SO ORDERED.

Dated: August 2, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

3