**FILED**

August 12, 2011

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NUMBER: 2:11-cr-00322 KJM |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| DANIEL OTAKE, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize the release of <u>Daniel Otake</u>; Case <u>2:11-cr-00322 KJM</u> subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   — Release on Personal Recognizance

   — Bail Posted in the Sum of _____

   <u>X</u> Unsecured Appearance Bond in the amount of <u>$25,000.00,</u> co-signed by defendant's mother.

   — Appearance Bond with 10% Deposit

   — Appearance Bond secured by Real Property

   — Corporate Surety Bail Bond

   <u>X</u> (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on <u>8/12/2011</u> at <u>2:30 pm</u>

By _____

Kendall J. Newman
United States Magistrate Judge