```
1  DANIEL J. BRODERICK, CA Bar #89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, CA Bar #214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorneys for the Defendant
   DANIEL OTAKE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR.S. 11-00322-KJM |
|---|---|
| Plaintiff, | ) |
|  | ) **APPLICATION AND ORDER FOR** |
| v. | ) **TRANSPORTATION AND SUBSISTENCE** |
|  | ) **PURSUANT TO 18 U.S.C. § 4285** |
| DANIEL OTAKE , | ) |
|  | ) Judge: Hon. Gregory G. Hollows |
| Defendant. | ) |

Defendant DANIEL OTAKE hereby requests an order for transportation and subsistence costs pursuant to 18 U.S.C. § 4285.

Mr. Otake is ordered to appear in court on December 15, 2011, at 10:00 a.m. before Judge Mueller for a status conference and change of plea hearing. Mr. Otake is unable to afford his own transportation from Hawi, Hawaii from Kailua Kona International Airport to Sacramento, California. It will be necessary for Mr. Otake to fly on December 14, 2011 to timely make his appearance on December 15, 2011. Mr. Otake will also need return transportation back to his residence on December 15, 2011 or the first available flight.

DATED: November 28, 2011                    Respectfully submitted,

                                            DANIEL J. BRODERICK
                                            Federal Defender

                                            /s/ Benjamin D. Galloway
                                            _____
                                            BENJAMIN D. GALLOWAY
                                            Attorney for DANIEL OTAKE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>        Plaintiff,  )<br>  )<br>   v.   )<br>  )<br>DANIEL OTAKE,  )<br>  )<br>        Defendant.  )<br>  )<br>_____) | CR.S. 11-00322-KJM<br><br>**ORDER FOR TRANSPORTATION AND SUBSISTENCE** |

Defendant seeks round trip air fare and subsistence to travel from the State of Hawaii to Sacramento, CA. so that he can attend a status conference or possible change of plea. He makes the request pursuant to 18 U.S.C. § 4285. No matter how incongruous the words of the statute may seem to defendants in criminal actions, the statute permits disbursement of only *one-way* funds for appearances in the district of prosecution. "[The court may]...direct the United States Marshal to arrange for that person's non-custodial transportation or furnish the fare for such transportation to the place where his appearance is required..." The undersigned is unaware of any case interpretation of § 4285 which would permit defendant's round trip request. See cases only permitting payment for one-way travel: United States v. Centeno, 2009 WL 3334144 (S.D. Cal. 2009); United States v. Miracle, 2009 WL 3211104 (E.D. Ky. 2009); United States v. Headden, 2009 WL 2960382 (D. Ariz. 2009); United States v. Birdhorse, 2007 WL 2358634 *2 (D.N.D. 2007); United States v. Vaughn, 2002 WL 1067456 *1 (D. Kan. 2002); United States v. Sandoval, 812 F.Supp. 1156, 1157 (D. Kan. 1993); United States v. James, 762 F.Supp. 1, 2 (D.D.C. 1991; United States v. Gonzales, 684 F.Supp. 838, 841 (D. Vt. 1988).

2

While defendant may be seeking a judicial wink at the statute for logical reasons, the court is not authorized to expend funds except as directed by statute.

Therefore, the Marshal is authorized and directed to furnish the above named defendant, DANIEL OTAKE, with transportation and subsistence expenses for travel from Hawi, Hawaii from Kailua Kona International Airport to Sacramento, California on December 14, 2011 to timely make his initial appearance on December 15, 2011 at 10:00 a.m.. The United States Marshal's Office must furnish Mr. Otake with money for subsistence expenses to his destination, not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of Title 5, United States Code.

The Clerk shall serve a copy of this order on the United States Marshal.

IT IS SO ORDERED.

Dated: November 29, 2011

                                       /s/ Gregory G. Hollows
                                  United States Magistrate Judge