```
BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:11-CR-00322 KJM |
| ) | |
| Plaintiff, ) | *AMENDED* PRELIMINARY ORDER OF |
| ) | FORFEITURE |
| v. ) | |
| ) | |
| DANIEL KULA LOVELL TOSHIE ) | |
| OTAKE, ) | |
| ) | |
| Defendant. ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Daniel Kula Lovell Toshie Otake it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 2253, defendant Daniel Kula Lovell Toshie Otake's interest in the following property[1] shall be condemned and forfeited to the United States of America, to be disposed of according to law:

      a) One Toshiba Satellite laptop computer, serial number 18265179Q;

///

---

[1] The incorrect assets were listed in the original Application for Preliminary Order of Forfeiture and subsequent Preliminary Order of Forfeiture filed on December 22, 2011.

1

      b)   One Toshiba 120 GB hard drive, serial number Z7QAT3G7T;

      c)   One HP Pavilion desktop computer, serial number MXX7290B6N;

      d)   One Maxtor 250 GB hard drive, serial number Y66PRY0E;

      e)   One Maxtor 250 GB hard drive, serial number B60XPBMH;

      f)   One Toshiba laptop computer, serial number 15213029K; and

      g)   One Toshiba 100 GB hard drive, serial number Z4R85524S.

2. The above-listed property was used or intended to be used to commit or to promote the commission of a violation of 18 U.S.C. § 2252(a)(2).

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

4.   a. Pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site [www.forfeiture.gov](www.forfeiture.gov).  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

2

      b.  This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

    5.  If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253, in which all interests will be addressed.

    SO ORDERED this 2nd day of February, 2012.

_____
UNITED STATES DISTRICT JUDGE